

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

July 20, 1964

Honorable D. C. Greer
State Highway Engineer
Texas Highway Department
Austin, Texas

Opinion No. C-284

Re: Whether the Highway Department
may use its funds to reimburse
the United States Department
of the Interior, Geological
Survey Division, for perform-
ance of research needed to ob-
tain and analyze hydrologic
data for use in the design of
highway drainage structures
when the Texas Water Commis-
sion is financially unable to
perform such research.

Dear Mr, Greer:

Your request for an opinion on the above subject reads
in part as follows:

"This Department is considering a cooper-
ative research project with the Geological
Survey, United States Department of the In-
terior for the purpose of obtaining and ana-
lyzing hydrologic data for use in the design
of highway drainage structures. The work would
be performed by employees of the Geological
Survey and the cost thereof, exclusive of gener-
al administrative and accounting, would be borne
by the Highway Department.

"A question has been raised as to whether
or not the Highway Department may legally pay
for work of this nature from the highway fund.
. . . a letter from the Texas Water Commission
. . . reveals that Agency is unable to perform
the needed research and further that it in no
way conflicts with or duplicates their work.

"We pose the following question:

"May the Highway Department use its
funds to reimburse the United States
Department of Interior, Geological

Survey Division, for performance of
research needed to obtain and ana-
lyze hydrologic data for use in the
design of highway drainage structures
when the Texas Water Commission is
finally unable to perform such re-
search?"

The current general appropriations bill for the fiscal
years ending August 31, 1964, and August 31, 1965, appropriates
funds to the Highway Department to be expended for the following:

"20. For all other operating expenses
involved in establishing, planning, construct-
ing, and maintaining a system of State Highways
as contemplated and set forth in Chapter I,
Title 116, Revised Civil Statutes of 1925, and
Chapter 186, General Laws, Thirty-ninth Legis-
lature, Regular Session, and amendments there-
to, to pay refunds authorized by law, and to
pay court costs in suits involving the Highway
Department. . . ." House Bill 86, Acts, 58th
Legislature, Regular Session, 1963, Chapter
525, page 1499. (Emphasis supplied).

Among sections of the material cited in the above excerpt
is the following:

Article 6667:

" . . . It /the Department7 shall inves-
tigate and determine the methods of road con-
struction best adapted to the different sec-
tions of the State, and shall establish stand-
ards for the construction and maintenance of
highways, bridges, and ferries, giving due re-
gard to all natural conditions . . . in the
different counties."

It is a well-established principle that statutes contain-
ing grants of power are to be construed so as to include the au-
thority to do all things necessary to accomplish the object of
the grant. Terrell v. Sparks, 104 Tex. 190, 135 S.W. 519 (1911).

In Johnson v. Ferguson, 55 S.W.2d 153 (Tex.Civ.App. 1932,
error dism.), the Court said at page 160:

" . . . To the members of the commission
and in large measure to its chief engineer are

intrusted responsibilities of outstanding importance. To meet these responsibilities they are invested with a wide discretion. This is of necessity so from the very nature of their duties. To properly discharge such duties they would perforce be required to make careful investigation from all competent and reasonably available sources in determining the basis for their action . . ."

It requires no argument to show that floods are natural conditions to which Article 6667 stipulates the Commission shall give due regard in establishing standards.

There being no statutory provision limiting the Highway Department to the use of reports by any one agent, we answer your question affirmatively.

## SUMMARY

The Highway Department may use its funds to reimburse the United States Department of Interior for collecting and compiling research data needed to design highway drainage structures.

Yours very truly,

WAGGONER CARR
Attorney General

By Larry Craddock, Jr.
Assistant

LCjr:ms

Hon. D. C. Greer, page 4 (C-284)


APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Larry Merriman
W. O. Shultz
V. F. Taylor
Robert Richards

APPROVED FOR THE ATTORNEY GENERAL
By: Stanton Stone